# EXHIBIT B

| CaseSearch | Circuit Court of Maryland |
|---|---|

## Case Information

Court System: **Circuit Court For Allegany County - Civil**
Location: **Allegany Circuit Court**
Case Number: **C-01-CV-18-000253**
Title: **Robert Candy, et al. vs. People for the Ethical Treatment of Animals, Inc., et al.**
Case Type: **Tort - Defamation**
Filing Date: **05/23/2018**
Case Status: **Open**

## Involved Parties Information

## Defendant

Name: **Fontes, Chris**
Address: **501 Front Street**
City: **Norfolk**   State: **VA**   Zip Code: **23510**

## Defendant

Name: **Staser, Kristine**
Address: **Not known**
City: **Believed to be Youngstown**   State: **OH**   Zip Code: **44405**

## Plaintiff

Name: **Candy, Robert L**
Address: **10105 Cottage Lane**
City: **Cumberland**   State: **MD**   Zip Code: **21502**

### Attorney(s) for the Plaintiff

Name: **Young, Nevin L**
Appearance Date: **05/23/2018**
Address Line 1: **BURLINGTON & YOUNG**
Address Line 2: **170 WEST STREET**
City: **ANNAPOLIS**   State: **MD**   Zip Code: **21401**

## Defendant

Name: **People for the Ethical Treatment of Animals, Inc.**
Address: **501 Front Street**
City: **Norfolk**   State: **VA**   Zip Code: **23510**

## Plaintiff

Name: **Animal Park, Care and Rescue Inc.**
Address: **10105 Cottage Inn Lane**
City:      **Cumberland**   State: **MD**   Zip Code: **21502**

### Attorney(s) for the Plaintiff

Name:              **Young, Nevin L**
Appearance Date: **05/23/2018**
Address Line 1:    **BURLINGTON & YOUNG**
Address Line 2:    **170 WEST STREET**
City:              **ANNAPOLIS**   State: **MD**   Zip Code: **21401**

## Plaintiff

Name: **Tri State Zoological Park of Western Maryland, Inc.**
Address: **10105 Cottage Inn Lane**
City:      **Cumberland**   State: **MD**   Zip Code: **21502**

### Attorney(s) for the Plaintiff

Name:              **Young, Nevin L**
Appearance Date: **05/23/2018**
Address Line 1:    **BURLINGTON & YOUNG**
Address Line 2:    **170 WEST STREET**
City:              **ANNAPOLIS**   State: **MD**   Zip Code: **21401**

## Defendant

Name: **Peet, Brittany**
Address: **1536 16th Street NW**
City:      **Washington**   State: **DC**   Zip Code: **20036**

## Defendant

Name: **Winders, Delcianna**
Address: **1236 16th Street NW**
City:      **Washington**   State: **DC**   Zip Code: **20036**

## Defendant

Name: **Brown, Holly**
Address: **Unknown Address**
City:      **Believed to be Towson**   State: **MD**   Zip Code: **21204**

## Defendant

Name: **Brown, Casey**
Address: **Unknown**
City:        **Believed to be Towson**   State: **MD**   Zip Code: **21204**

## Defendant

Name: **Henstock, Colin**
Address: **501 Front Street**
City:        **Norfolk**   State: **VA**   Zip Code: **23510**

## Document Information

File Date:          **05/23/2018**   Close Date:
Filed By:
Document Name: **Complaint / Petition**
Comment:          **Complaint**

---

File Date:          **05/23/2018**   Close Date:
Filed By:
Document Name: **Case Information Report Filed**
Comment:          **Case Information Sheet**

---

File Date:          **05/24/2018**   Close Date:
Filed By:
Document Name: **Summons Issued (Service Event)**
Comment:

---

## Service Information

| Service Type | Issued Date | Service Status |
|---|---|---|
| **Summons Issued** | **05/24/2018** | |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

C-01-CV-18-000253

IN THE CIRCUIT COURT FOR Allegany County

(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒ PLAINTIFF   ☐ DEFENDANT     CASE NUMBER _____
(Clerk to insert)

**CASE NAME:** Robert Candy, et al. _____ VS. People for the Ethical Treatment of etc.
                  Plaintiff                                        Defendant

**PARTY'S NAME:** Robert Candy             **PHONE:** 2407278051

**PARTY'S ADDRESS:** 10105 Cottage Inn Lane Cumberland MD

**PARTY'S E-MAIL:** _____

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** Nevin L. Young       **PHONE:** 410-353-9210

**PARTY'S ATTORNEY'S ADDRESS:** 170 West Street, Annapolis MD 21401

**PARTY'S ATTORNEY'S E-MAIL:** nyoung@burlingtonyounglaw.com

**JURY DEMAND?** ☒ Yes ☐ No

**RELATED CASE PENDING?** ☐ Yes ☒ No  If yes, Case #(s), if known: _____

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours __5__ days

### PLEADING TYPE

**New Case:** ☒ Original     ☐ Administrative Appeal    ☐ Appeal

**Existing Case:** ☐ Post-Judgment    ☐ Amendment

*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☒ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: _____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

**CC-DCM-002** (Rev. 04/2017)         Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☒ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☒ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated **Liability** above*, mark one of the following.  This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000          ☐ $10,000 - $30,000          ☒ $30,000 - $100,000          ☐ Over $100,000

☐ Medical Bills $_____          ☐ Wage Loss $_____          ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101?  (Check all that apply)

A. Mediation    ☒ Yes   ☐ No          C. Settlement Conference   ☒ Yes   ☐ No
B. Arbitration  ☐ Yes   ☒ No          D. Neutral Evaluation       ☐ Yes   ☒ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*      ***(Case will be tracked accordingly)***

☐ 1/2 day of trial or less          ☐ 3 days of trial time

☐ 1 day of trial time               ☒ More than 3 days of trial time

☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions***, *if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of          ☐ **Standard** - Trial within 18 months of
Defendant's response                                    Defendant's response

## EMERGENCY RELIEF REQUESTED

  
| **COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)** |
|---|

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____ . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

| May 23, 2018 | s/Nevin L. Young |
|---|---|
| Date | Signature of Counsel / Party |
| 170 West Street | Nevin L. Young |
| Address | Printed Name |

| Annapolis | MD | 21401 |
|---|---|---|
| City | State | Zip Code |

CC-DCM-002 (Rev. 04/2017)          Page 3 of 3