IN THE CIRCUIT COURT FOR
ALLEGANY COUNTY, MARYLAND

ROBERT CANDY; ANIMAL PARK, CARE AND RESCUE, INC.; and TRI STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC.

*Plaintiffs*

–v–

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; BRITTANY PEET; HOLLY BROWN; CASEY BROWN; KRISTINE STASER; DELCIANNA WINDERS; COLIN HENSTOCK; and CHRIS FONTES

*Defendants.*

Case No.: C-01-CV-18-000253



### DEFENDANT'S NOTICE OF REMOVAL OF STATE COURT ACTION

On May 29, 2018, Defendant People for the Ethical Treatment of Animals, Inc., removed this action to federal court by filing a Notice of Removal in the United States District Court for the District of Maryland in accordance with 28 U.S.C. §§ 1332, 1441, and 1446. A copy of the Notice of Removal is attached hereto as "Exhibit."

Date   May 29, 2018              Respectfully submitted,

/s/ Conor B. O'Croinin
Conor B. O'Croinin
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332–0444; (410) 659–0436 (fax)
cocroinin@zuckerman.com

*Counsel for Plaintiff, People for the Ethical Treatment of Animals*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that today I caused a copy of the forging Defendant's Notice of Removal of State Court Action, together with Exhibit, to be served by e-mail and first-class mail, on the following counsel of record:

> Nevin L. Young
> BURLINGTON & YOUNG, LLP
> 170 West Street
> Annapolis, Maryland 21401
> Telephone: (410) 353-9210
> E-mail: nyoung@burlingtonyounglaw.com

_____
Conor B. O'Croinin