# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Robert Candy, et al.          *

    **Plaintiff,**

                               *

    v.                               **Case No.** 1:18-cv-01549-MJG

                               *

People for the Ethical Treatment of Animals, Inc.

    **Defendant.**          *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☑ I certify, as party/counsel in this case that <u>People for the Ethical Treatment of Animals, Inc.</u> ("PETA")
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☑ The following corporate affiliations exist with <u>PETA</u>:
(name of party)
Foundation to Support Animal Protection (d/b/a PETA Foundation).  The PETA Foundation is counsel to PETA; it has no financial interest in the outcome of this case.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<span>(name of LLC party)</span>

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| May 31, 2018 | /s/ Conor B. O'Croinin |
|---|---|
| Date | Signature |
|  | Conor B. O'Croinin (Bar No. 28099) |
|  | Printed name and bar number |
|  | 100 East Pratt Street, Suite 2440 |
|  | Address |
|  | cocroinin@zuckerman.com |
|  | Email address |
|  | (410) 949-1160 |
|  | Telephone number |
|  | (410) 659-0436 |
|  | Fax number |