IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Northern Division–

ROBERT CANDY, *et al.*,

    *Plaintiffs*

    –v–

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., *et al.*,

    *Defendants.*

Case No. MJG 18–1549

**LINE ATTACHING EXHIBIT REFERENCED IN REMOVAL PETITION**

In connection with its removal petition, Defendant People for the Ethical Treatment of Animals, Inc. ("PETA") attaches an excerpt of the Transcript of Brittany Peet, taken in the matter of *PETA* v. *Tri-State*, Case MJG 17-2148. This excerpt, now marked as Exhibit F, was referenced as "forthcoming" in PETA's Notice of Removal (Document 1) at ¶ 44.

Plaintiffs consent to this filing.

Date    June 4, 2018
          Baltimore, Maryland

Respectfully submitted,

*/s/ Conor B. O'Croinin*
Conor B. O'Croinin (#28099)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332–0444; (410) 659–0436 (fax)
cocroinin@zuckerman.com

*Counsel for People for the Ethical Treatment of Animals*