1

# EXHIBIT F

```
       IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MARYLAND
                -NORTHERN DIVISION-

                    + + + + +

_____
                                   :
IN THE MATTER OF:                  :
                                   :
PEOPLE FOR THE ETHICAL             :
TREATMENT OF ANIMALS, INC.         :
                                   :
         Plaintiff,                :
                                   :
    v.                             :   Case No. MJG 17-
                                   :   2148
TRI-STATE ZOOLOGICAL PARK          :
WESTERN MARYLAND, INC.,            :
et al.                             :
                                   :
         Defendants.               :
_____:

              Tuesday,
              May 15, 2018

              Washington, DC


DEPOSITION OF:

                   BRITTANY PEET

called for examination by Counsel for the

Defendants, pursuant to Notice of Deposition, in

the law offices of Zuckerman Spaeder, located at

1800 M Street, N.W., when were present on behalf

of the respective parties:
```

**APPEARANCES:**

**On Behalf of the Defendants:**

NEVIN L. YOUNG, ESQ.
Burlington & Young , LLP
170 West Street
Annapolis, Maryland 21401
(410) 710-9622
info@burlingtonyounglaw.com

**On Behalf of the Plaintiffs:**

CAITLIN K. HAWKS, ESQ.
Director of Litigation
People for the Ethical Treatment of Animals
      Foundation
2154 West Sunset Boulevard
Los Angeles, California 90026
(206) 858-8518
CaitlinH@petaf.org

**On Behalf of the Witness:**

PHIL HIRSCHKOP, ESQ.
(703) 550 7445
Pjhirschkop@aol.com


**ALSO PRESENT:**

BOB CANDY

1  named the Browns to take photos of Bu?
2       A    No.
3       Q    Okay.  Do you know who went to Tri
4  State Zoological Park on PETA's behalf to take
5  that photo of Bu?
6       A    So, PETA didn't ask anyone to go to
7  Tri State Zoo to take photos of Bu.
8       Q    Okay.
9       A    But I do believe that it was one of
10 the Brown sisters who took this photo, if that's
11 what you're getting at.
12      Q    Okay.  Do you know if they took any
13 other photographs?
14      A    I don't know whether or not they took
15 other photographs.  They certainly documented
16 other conditions.
17           Whether by video or photo, I'm not
18 sure.  I can't recall.
19      Q    All right.  Did you have
20 communications with the Brown sisters before they
21 went to Tri State?
22      A    I did not.

1      Q     Do you know if anyone from PETA did?

2      A     No one from PETA did that I'm aware

3   of.  Well, possibly.  I'm not sure.

4      Q     Or from the PETA Foundation.

5      A     Yes.

6      Q     Okay.  Sorry, I need to look at a

7   document here.  Who is Rebecca Smudzinski?

8            MR. HIRSCHKOP:  Can you spell that?

9            MR. YOUNG:  S-M-U-D-Z-I-N-S-K-I.

10           MR. HIRSCHKOP:  Thank you.

11           MS. PEET:  Rebecca is -- her title is

12  Captive Wildlife Specialist.  And she works in

13  the Captive Animal Law Enforcement Division at

14  the PETA Foundation.

15           MR. YOUNG:  Okay.  And are you aware

16  of an email from Casey Brown to her that says she

17  had just uploaded photos and videos.  And then

18  there should have been about 270 photos and 10

19  videos?

20           MS. HAWKS:  Counsel, do you have that

21  email with you?  I would suggest that rather then

22  just asking, could you --

1             MR. YOUNG:  It is -- it was produced
2    at 2022 by you.  I have not printed it.  I just
3    noticed it this morning.
4             MS. PEET:  I could not testify to the
5    specific contents of that email without having it
6    in front of me.
7             BY MR. YOUNG:
8        Q    Okay.  Is it your recollection that
9    there were 270 photos from that site visit?
10       A    I don't know how many photos there
11   were.
12       Q    What about videos?
13       A    What a -- I'm sorry, what about them?
14       Q    Do you remember whether there are any
15   videos from that site visit?
16       A    I believe so.
17       Q    Okay.  Just one video?
18       A    I'm not sure.
19       Q    Do you know whether Ms. Brown ever
20   attempted to take photographs from different
21   angles when she took that photo?
22       A    I'm not sure.

1      Q    Do you know if she waited to see if he
2  got up to take a photo of him standing?
3      A    I'm not sure.
4      Q    All right.  And you don't know whether
5  you've contacted her before she went to Tri
6  State?
7      A    I believe that someone either from
8  PETA or the PETA foundation contacted her before
9  she went to Tri State.
10     Q    Is she on some sort of an action list?
11 Or a list of volunteers that you keep?
12     A    Yes.
13     Q    Okay.  And --
14     A    Or, sorry.  She was.  I don't know if
15 she still is.
16     Q    Okay.  She was at the time that that
17 photo was taken?
18     A    I believe so.
19     Q    Okay. And did you offer to compensate
20 her for coming?
21     A    No.
22     Q    Did you offer to reimburse her for

1   expenses?
2       A   She --
3       Q   You meaning PETA, not you
4   individually.
5       A   No, no, I understand.  So, PETA or the
6   PETA Foundation offered to reimburse her for the
7   cost of her ticket and for mileage.
8       Q   Okay.  Did you have any way to
9   calculate the mileage or what it would be
10  reimbursed at?
11      A   That's two questions.  And sorry.
12      Q   Do you have any way that you would
13  have calculated the mileage?
14      A   Yes.
15      Q   How do you calculate it?
16      A   Google Maps.
17      Q   Okay.  And how do you calculate the
18  rate at which mileage would be reimbursed?
19      A   At that time mileage was reimbursed at
20  35 cents per mile.
21      Q   Okay.  Do you know whether either of
22  the Browns have Maryland private investigators'

C E R T I F I C A T E

This is to certify that the foregoing transcript

In the matter of: PETA v. Tri-State Zoological
                  Park Western Maryland, Inc.

Before: US MD District Court Northern Division

Date: 05-15-2018

Place: Washington, DC

was duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings.

_____
Court Reporter

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          www.nealrgross.com