IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Northern Division–

| | |
|---|---|
| ROBERT CANDY, *et al.*,<br><br>*Plaintiffs*<br><br>–v–<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; *et al.*,<br><br>*Defendants.* | Case No. MJG 18–1549 |

**DEFENANT PETA'S CONSENT MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant People for the Ethical Treatment of Animals, Inc. ("PETA") requests an extension of time to respond to Plaintiffs' complaint until 30 days following this Court's decision on Plaintiffs' anticipated motion to remand. In support, PETA states as follows:

1. Plaintiffs filed this action in the Circuit Court for Allegany County on May 23, 2018. PETA—prior to service on any defendant—removed the case on May 29, 2018 (Document 1).

2. Under Rule 81(c)(2) of the Federal Rules of Civil Procedure, PETA's response to the complaint is due within 21 days of the date of removal.

3. Plaintiffs have indicated that they intend to move to remand the action.

4. As a result, PETA requests that the Court extend its time to respond to the Complaint until 30 days following the Court's decision on Plaintiffs' anticipated motion to remand.

5. There is good cause to grant this extension. First, it would be a waste of resources for PETA to file a motion to dismiss Plaintiffs' complaint and for Plaintiffs to respond to that motion before resolving whether this case will remain in this court. Second, it would be more efficient for the defendants to have a uniform response date. Because no defendant has been served, no other defendant is faced with a response date.

6. Plaintiffs have consented to this motion and a proposed order is attached.

7. Accordingly, PETA requests that the Court enter the attached order and extend its time to answer, move to dismiss, or otherwise respond to Plaintiffs' complaint until 30 days following the Court's decision on remand.

Date   June 4, 2018         Respectfully submitted,
       Baltimore, Maryland

/s/ Conor B. O'Croinin
Conor B. O'Croinin (#28099)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332–0444; (410) 659–0436 (fax)
cocroinin@zuckerman.com

*Counsel for Defendant People for the Ethical Treatment of Animals*