IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Northern Division–

| | |
|---|---|
| ROBERT CANDY, *et al.*,<br><br>*Plaintiffs*<br><br>–v–<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; *et al.*,<br><br>*Defendants.* | Case No. MJG 18–1549 |

**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

Upon the consent motion by Defendant People for the Ethical Treatment of Animals, Inc. ("PETA"), PETA's time to answer, move to dismiss, or otherwise respond to Plaintiffs' complaint is extended until 30 days after the Court's decision whether to remand this action to the Circuit Court for Allegany County.

SO ORDERED this ___ day of June, 2018

                                                           _____
                                                              Marvin J. Garbis
                                               United States District Judge