# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### –Northern Division–

|  |  |
|---|---|
| ROBERT CANDY, *et al.*,<br><br>    *Plaintiffs*<br><br>    –v–<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; *et al.*,<br><br>    *Defendants.* | Case No. MJG 18–1549 |

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Upon the consent motion by Defendant People for the Ethical Treatment of Animals, Inc. ("PETA"), PETA's time to answer, move to dismiss, or otherwise respond to Plaintiffs' complaint is extended until 30 days after the Court's decision whether to remand this action to the Circuit Court for Allegany County.

SO ORDERED, on <u>Tuesday, June 5, 2018</u>.


_____/s/____ __ _
Marvin J. Garbis
United States District Judge