IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Northern Division–

| | |
|---|---|
| ROBERT CANDY, *et al.*, <br><br> *Plaintiffs* <br><br> –v– <br><br> PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.; *et al.*, <br><br> *Defendants.* | Case No. MJG 18–1549 |

**DEFENDANT PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.'S REMOVAL STATEMENT**

In accordance with the Court's Standing Order Concerning Removal (Document 4), Defendant People for the Ethical Treatment of Animals, Inc. ("PETA") submits the following statement:

1. To the best of PETA's knowledge, no defendant has been served in this case. PETA removed this case prior to service, and has never been served.

2. No defendant has been served and no properly joined defendant is a citizen of Maryland. *See* Document 1 (PETA's Notice of Removal) at ¶¶ 1-3, 13-14, 20-25. All defendants are either corporations or individuals.

3. PETA removed this action to this Court on May 29, 2018, before any defendant was served. Document 1.

4. The action pending in the Circuit Court of Allegany County, styled as *Robert Candy, et al.* v. *People for the Ethical Treatment of Animals, Inc.*; Case

Number C-01-CV-18-000253, was filed on May 23, 2018. PETA removed the case on May 29, 2018.

5.  Because no defendant was served in the State court action prior to the time of removal, no defendant was required to consent to removal.

Date   June 12, 2018                    Respectfully submitted,


*/s/ Conor B. O'Croinin*
Conor B. O'Croinin (#28099)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332–0444; (410) 659–0436 (fax)
cocroinin@zuckerman.com


*Counsel for Defendant People for the Ethical Treatment of Animals*

## Certificate of Service

In accordance with the Court's Standing Order Concerning Removal and Rule 5(b)(2)(C), I certify that I caused this Removal Statement along with a copy of the Court's Standing Order Concerning Removal to be served on all parties who are not registered to receive notice of filings through CM/ECF by mailing this statement to their last known addresses, as follows:

Brittany Peet
1536 16th St. N.W.
Washington, DC 20036

Holly Brown
10817 Bellhaven Blvd
Damascus, Maryland 20872-2201

Casey Brown
10817 Bellhaven Blvd.
Damascus, Maryland 20872-2201

Kristine Staser
2015 Woodland Trce
Youngstown, Ohio 44515-4825

Delcianna Winders
1536 16th St. N.W.
Washington, DC 20036

Colin Henstock
501 Front Street
Norfolk, Virginia 23510

Chris Fontes
501 Front Street
Norfolk, Virginia 23510

/s/ Conor B. O'Croinin