IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
–Northern Division–

| | |
|---|---|
| ROBERT CANDY, ET AL., *Plaintiff* –v– PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., *et al.*, *Defendants.* | Case No. 1:18-CV-01549-MJG |

# ORDER

The Plaintiffs' Motion to Remand and for Attorneys' Fees having been considered, along with any Opposition thereto, it is this _____ day of _____, 2018, hereby ORDERED:

    A.    That this case shall be remanded to the Circuit Court for Allegany County; and,

    B.    That the Plaintiffs shall be awarded the amount of $_____ in Attorneys' Fees.

 

_____
Judge, United States District Court
for the District of Maryland