IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Robert Candy, et al.     *

**Plaintiff,**

    *

**v.**     *     Case No. **18-cv-1549**

    *

**Defendant.**     *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that **Animal Park, Care and Rescue, Inc.**
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____                    _____
(name of member)                                                              (state of citizenship)

_____                    _____
(name of member)                                                              (state of citizenship)

_____                    _____
(name of member)                                                              (state of citizenship)

_____                    _____
(name of member)                                                              (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

July 12, 2018                                                             s/Nevin L. Young
Date                                                                            Signature

                                                                                   Nevin L. Young 28604
                                                                                   Printed name and bar number

                                                                                   170 West Street Annapolis MD 21401
                                                                                   Address

                                                                                   nyoung@burlingtonyounglaw.com
                                                                                   Email address

                                                                                   410-353-9210
                                                                                   Telephone number

                                                                                   410-510-1208
                                                                                   Fax number