## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Robert Candy, et al.                    *

_____

    **Plaintiff,**                    *

    **v.**                    *       **Case No.** 18-cv-1549
_____

                *

_____

    **Defendant.**                    *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒  I certify, as party/counsel in this case that  Tri State Zoological Park of Western Maryland, Inc.
_____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐   In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)


_____          _____
(name of member)                                         (state of citizenship)


_____          _____
(name of member)                                         (state of citizenship)


_____          _____
(name of member)                                         (state of citizenship)


_____          _____
(name of member)                                         (state of citizenship)


Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.


July 12, 2018                                          s/Nevin L. Young
_____          _____
Date                                                      Signature

                                                         Nevin L. Young 28604
                                                         _____
                                                         Printed name and bar number

                                                         170 West Street Annapolis MD 21401
                                                         _____
                                                         Address

                                                         nyoung@burlingtonyounglaw.com
                                                         _____
                                                         Email address

                                                         410-353-9210
                                                         _____
                                                         Telephone number

                                                         410-510-1208
                                                         _____
                                                         Fax number