IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT CANDY et al., | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 8:18-cv-1549-PX |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | * | |
| | * | |
| Defendants | | |

\*\*\*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 7 day of September, 2018, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to remand (ECF No. 11) filed by Plaintiffs Robert Candy, Animal Park, Care & Rescue, Inc., and Tri-State Zoological Park of Western Maryland, Inc., BE, and the same hereby IS, GRANTED;

2. The prayer for attorneys' fees (ECF No. 11) filed by Plaintiffs Robert Candy, Animal Park, Care & Rescue, Inc., and Tri-State Zoological Park of Western Maryland, Inc., BE, and the same hereby IS, DENIED;

3. All further proceedings are REMANDED to the Circuit Court for Allegany County, Maryland;

4. The clerk shall transmit copies of the Memorandum Opinion and this Order to counsel for the parties and the Clerk of the Court for the Circuit Court for

Allegany County, Maryland; and the Clerk of Court shall transmit the record herein to the Clerk of the Circuit Court for Allegany County, Maryland; and

5. The Clerk shall CLOSE this case.

September 7, 2018_____  　　　　　____/S/_____
Date　　　　　　　　　　　　　　　　　　　　Paula Xinis
　　　　　　　　　　　　　　　　　　　　　　United States District Judge