

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Southern Division Address

September 7, 2018

Circuit Court for Allegany County
30 Washington Street
Cumberland, MD 21502

      RE:    Candy et al v. People for the Ethical Treatment of Animals, Inc. et al
             Civil Action No. 8:18-cv-1549-PX
             C-01-CV-18-00253

Dear Clerk:

    On September 7, 2018, the Honorable Paula Xinis signed an order remanding the above-entitled case to your Court.  Enclosed is a certified copy of the order, together with a certified copy of the docket entries.  We have discontinued our previous practice of sending the state court original papers which were filed in this Court.  Should you need certified copies of any papers you may contact the Deputy Clerk below.

    Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

    Thank you for your cooperation in this matter.

                              Sincerely,

                              Felicia C. Cannon, Clerk

                    By:         H. Espino /s/
                              Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS 07 DAY OF September 2018

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**