**OFFICE OF**
# Dawne D. Lindsey
CLERK OF THE CIRCUIT COURT
FOR ALLEGANY COUNTY
30 WASHINGTON STREET
CUMBERLAND, MD 21502

MD 212
14 SEP '18
PM 8 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 21502 $ 000.47⁰
02 4W
0000349508 SEP. 14. 2018

20770-721580